

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA 11-225M |
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| JOSEPH MATTHEW DATTILIO , | ) |
| Defendant. | ) |

I

A.    ( )    On motion of the Government in a case allegedly involving:

1.    ( )    a crime of violence.

2.    ( )    an offense with maximum sentence of life imprisonment or death.

3.    (X)    a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.　( )　On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.　( )　a serious risk that the defendant will flee.

    2.　( )　a serious risk that the defendant will:

        a.　( )　obstruct or attempt to obstruct justice.

        b.　( )　threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.　The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.　( )　The Court finds that no condition or combination of conditions will reasonably assure:

    1.　( )　the appearance of the defendant as required.

    ( ) and/or

    2.　( )　the safety of any person or the community.

B.　(X)　The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.　the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

2

destructive device;

B.     the weight of evidence against the defendant;

C.     the history and characteristics of the defendant; and

D.     the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A.     ( )     As to flight risk:

B.     ( )     As to danger:

## VI

A.     ( )     The Court finds that a serious risk exists the defendant will:

       1.     ( )     obstruct or attempt to obstruct justice.

       2.     ( )     attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.     The Court bases the foregoing finding(s) on the following:

## VI

A.     IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.     IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility

3

1 separate, to the extent practicable, from persons awaiting or serving sentences
2 or being held in custody pending appeal.

3 C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
4 opportunity for private consultation with counsel.

5 D.    IT IS FURTHER ORDERED that, on order of a Court of the United
6 States or on request of any attorney for the Government, the person in charge
7 of the corrections facility in which defendant is confined deliver the defendant
8 to a United States marshal for the purpose of an appearance in connection with
9 a court proceeding.

11 DATED: May 12, 2011

MARC L. GOLDMAN
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

4